**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | | |
|---|---|---|
| **TORUS VENTURES LLC,** | § | |
| | § | |
| **Plaintiff,** | § | **Case No. 6:24-cv-524-XR** |
| **v.** | § | |
| | § | **Honorable Judge Rodriguez** |
| **AZUMA LEASING, LLC,** | § | |
| | § | |
| **Defendant.** | § | |

**TORUS VENTURES LLC'S AND AZUMA LEASING, LLC'S JOINT MOTION FOR AN EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO THE COMPLAINT**

Torus Ventures LLC ("Torus") and Azuma Leasing, LLC ("Azuma") (collectively, "the Parties") jointly move this Court for an extension of time for filing an Answer or otherwise responding to the Complaint filed by Torus on October 7, 2024, and served on Azuma on or about October 14, 2024. The parties are currently engaged in settlement discussions, believe they may be able to resolve this matter, and have agreed to a 30-day extension for responding to the Complaint. Thus, the parties jointly move this Court for an extension until December 4, 2024, for Azuma to answer or otherwise respond to the Complaint.

Respectfully submitted,

Dated: November 1, 2024

/s/ Isaac Rabicoff
Isaac Rabicoff
Rabicoff Law LLC
4311 N Ravenswood Ave Suite 315
Chicago, IL 60613
773.669.4590
isaac@rabilaw.com

*Counsel For Plaintiff Torus Ventures LLC*

/s/ Joseph D. Gray
Joseph D. Gray
SLAYDEN GRUBERT BEARD PLLC
401 Congress Ave., Ste. 1650
Austin, TX 78701
Tel: 512.402.3561
Fax: 512.402.6865
Email: jgray@sgbfirm.com

*Counsel for Defendant Azuma Leasing, LLC*

**CERTIFICATE OF SERVICE**

I certify that on November 1, 2024, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system.

*/s/ Joseph D. Gray*
Joseph D. Gray