**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | | |
|---|---|---|
| **TORUS VENTURES LLC,** | § | |
| | § | |
| **Plaintiff,** | § | **Case No. 6:24-cv-524-XR** |
| **v.** | § | |
| | § | **Honorable Judge Rodriguez** |
| **AZUMA LEASING, LLC,** | § | |
| | § | |
| **Defendant.** | § | |

**ORDER GRANTING JOINT MOTION FOR AN EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO THE COMPLAINT**

Before the Court is Torus Ventures LLC ("Torus") and Azuma Leasing, LLC ("Azuma") (collectively, "the Parties") Joint Motion for an Extension of Time for Defendant to Respond to the Complaint. Having reviewed the motion, the Court is of the opinion that the motion should be GRANTED. Accordingly, the Court hereby GRANTS the Parties' Joint Motion for an Extension of Time for Defendant to Respond to the Complaint.

Defendant shall have up to and including December 4, 2024, to respond to Plaintiff's Complaint.

SIGNED this _____ day of November, 2024.

_________________________________
The Honorable Xavier Rodriguez
United States District Judge